**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Alearis, Inc.,

      Plaintiff,

v.

United States of America,

      Defendant.

Case No.:  **20-808T**

## ALEARIS, INC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of Practice of the United States Court of Federal Claims, Alearis, Inc., through counsel, certifies that it has no parent corporation and that no corporation owns 10 percent or more of its stock.

Date: July 1, 2020

ALEARIS, INC.

By: _____
One of Its Attorneys

Mitchell Bryan
Williams, Bax & Saltzman, P.C.
221 North LaSalle Street, Suite 3700
Chicago, IL  60601
(312) 372-3311
bryan@wbs-law.com