# In the United States Court of Federal Claims

| | |
|---|---|
| ALEARIS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 20-808T <br><br> Filed: July 8, 2020 |

### ORDER

On July 6, 2020, plaintiff filed a motion for leave to file parts of Exhibit A to the complaint under seal, and a memorandum in support thereof, pursuant to Rules 5.2(d) and 26(c) of the Rules of the United States Court of Federal Claims (ECF No. 5).

In light of the foregoing, and for good cause shown, the Court **GRANTS** plaintiff's motion for leave to file parts of Exhibit A to the complaint under seal.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge