**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Alearis, Inc.,

        Plaintiff,

v.

The United States,

        Defendant.

Case No.: 1:20-cv-00808-LKG

Honorable Lydia K. Griggsby

**PLAINTIFF'S MOTION FOR ORDER DIRECTING DEFENDANT
TO FILE ADMINISTRATIVE RECORD BY OCTOBER 15, 2020**

Plaintiff Alearis, Inc. ("Alearis"), through its undersigned counsel, respectfully moves the Court pursuant to Rule 51.2 (a)-(b) of the Rules of the United States Court of Federal Claims ("RCFC"), to order defendant, United States, to file the administrative record in this case on or before October 15, 2020.  The court should so direct defendant so as to enable Alearis, if it chooses to do so, to file a motion for judgment on the administrative record at an early stage of this case. In further support of this motion, Alearis states as follows:

1. Alearis filed this action on July 2, 2020 because (a) on July 12, 2019, it filed a Request for Determination with the United States Internal Revenue Service ("Service") requesting classification as a non private foundation described by Internal Revenue Code ("IRC") §§ 509(a)(1) and 170(b)(1)(A)(i); (b) the Service failed to respond to Alearis' Request for Determination as of July 2, 2020, the date Alearis commenced this action; and (c) IRC § 7428(a) provides for judicial relief upon the Service's failure to respond to a Request for Determination of foundation classification within 270 days (which expired on April 18, 2020).

2. Pursuant to RCFC 12(a)(1)(A), defendant's response to Alearis' Complaint in this action was due on August 31, 2020. On August 25, 2020, defendant requested that Alearis consent to a 60-day enlargement of defendant's time to respond to the Complaint (until October 30, 2020). Alearis agreed to the extension, and simultaneously requested

that defendant agree to file the administrative record in this case by October 15, 2020. Defendant would not agree to do so.

3. By order dated August 28, 2020 (ECF No. 11), this Court granted defendant's unopposed motion for a 60-day enlargement of time within which defendant may respond to the Complaint.

4. Alearis now moves this Court to order filing of the administrative record by October 15, 2020.

5. RCFC 52.1(a) provides that where "proceedings before an agency are relevant to a decision in a case, the administrative record of those proceedings must be certified by the agency and filed with the court."

6. Pursuant to RCFC 52.1(b), this court has discretion to establish a time for filing the administrative record.

7. RCFC 52.1(c)(3) provides that a motion for judgment on the administrative record obviates the requirement for the filing of an answer under RCFC 12(a)(1). Therefore, the sixty-day extension for defendant to respond to the Complaint should not forestall or delay Alearis' opportunity to seek statutory relief.

8. Alearis wishes to advance this case at a reasonable pace—especially since this action was initiated in response to the Service's failure to respond to Alearis' Request for Determination. As of the filing of this motion, 424 days have passed since Alearis made its initial request to the Service for non private foundation classification.

9. The administrative record in this case is not extensive. Communication between Alearis and the Service consists only of (a) Alearis' Request for Determination, (b) the receipt from the Service indicating the date it had received the Request for Determination, (c) three phone calls between Alearis and the Service, and (d) one facsimile sent by Alearis to the Service, which substantially consisted of the Request for Determination.

10. Consequently, the documents which should comprise the administrative record are contained in Exhibit A-C to the Complaint. It would not be a burden on defendant to file the administrative record (which, presumably, its counsel has already reviewed in preparation of responding to the Complaint) by October 15, 2020— approximately 105 days after the commencement of this case.

11. On July 8, 2020, the Court entered an order (ECF No. 6) granting Alearis' Motion for Leave to File Under Seal Parts of Exhibit A to Complaint. Exhibit A to the Complaint consists of the bulk of the administrative record. Therefore, it is appropriate that, when defendant files the administrative record, it do so under seal. Defendant may file the redacted versions of the administrative record (*i.e.*, the portions of Exhibits A-C to the Complaint that are in the public record) in the public file.

12. A proposed Order is attached.

WHEREFORE, Plaintiff Alearis, Inc. respectfully requests that this Court enter an order (a) directing defendant United States of America to file the administrative record in this case on or before October 15, 2020, (b) directing that such filing be under seal; and (c) granting such further relief as this Court deems proper.

Date: September 8, 2020                                  ALEARIS, INC.

                                                         By: __*/s/ Mitchell Bryan*_____
                                                              One of its Attorneys


Mitchell Bryan
Williams, Bax & Saltzman, P.C.
221 North LaSalle Street, Suite 3700
Chicago, IL  60601
(312) 372-3311
bryan@wbs-law.com

3

Bradley Block
Law Offices of Bradley Block
318 West Adams Street, 17th Floor
Chicago, IL  60606
(224) 533-1075
brad.block@bradblocklaw.com


Bruce de'Medici
de'Medici Law
834 Forest Avenue
Oak Park, Illinois  60302
(312) 731-6778
bdemedici@bdemlaw.com


Paul Winters
Wagenmaker & Oberly, LLC
53 West Jackson Blvd.
Chicago, IL  60604
(312) 626-1600
paul@wagenmakerlaw.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Alearis, Inc.,

        Plaintiff,

  v.

The United States.

        Defendant.

Case No.: 1:20-cv-00808-LKG

Honorable Lydia K. Griggsby

## **ORDER**

This cause coming on the Motion of plaintiff Alearis, Inc. for an Order Directing Defendant Unites States of America to File the Administrative Record on or before October 15, 2020, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT defendant the United States shall file the administrative record in this case by October 15, 2020, and that such filing shall be under seal. Defendant shall file redacted versions of the administrative record (as redacted in the exhibits to the Complaint) in the public record.

                                                            _____
                                                            LYDIA KAY GRIGGSBY
                                                            Judge