**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Alearis, Inc.,

           Plaintiff,

    v.

United States of America,

           Defendant.

Case No.: 1:20-cv-00808-LKG

Honorable Lydia Kay Griggsby

**NOTICE OF FILING**

    TO: Steven M. Chasin, Esq.
        U.S. Department of Justice
        Tax Division
        Court of Federal Claims Section
        Post Office Box 26
        Ben Franklin Station
        Washington, D.C. 20044

    **PLEASE TAKE NOTICE** that on September 8, 2020, we filed *Plaintiff's*

*Motion for Order Directing Defendant to File Administrative Record by October 15,*

*2020*, in the United States Court of Federal Claims, a copy of which is attached and

herewith served upon you.

Date: September 8, 2020

                    ALEARIS, INC.

              By: _____
                    One of its Attorneys

Mitchell Bryan
Williams, Bax & Saltzman, P.C.
221 North LaSalle Street, Suite 3700
Chicago, IL  60601
(312) 372-3311
bryan@wbs-law.com

- 1 -

Bradley Block
Law Offices of Bradley Block
318 West Adams Street, 17th Floor
Chicago, IL 60606
(224) 533-1075
brad.block@bradblocklaw.com

Bruce de'Medici
de'Medici Law
834 Forest Avenue
Oak Park, Illinois 60302
(312)731-6778
bdemedici@bdemlaw.com

Paul Winter
Wagenmaker & Oberly, LLC
53 West Jackson Blvd.
Chicago, IL 60604
(312)626-1600
paul@wagenmakerlaw.com